# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **WILFREDO GOMEZ**, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:23-cv-00348 ) ) Judge Charles Esque Fleming ) |
| vs. | ) **SUPPLEMENT TO JOINT MOTION FOR** ) **APPROVAL OF FLSA COLLECTIVE** |
| **ATHENS FOODS, INC.,** | ) **ACTION SETTLEMENT** ) |
| Defendant. | ) |

Defendant Athens Foods, Inc. hereby supplements the Joint Motion for Approval of FLSA Collective Action Settlement (ECF No. 25), filed on November 7, 2024. The attached supplement contains a copy of the parties' proposed Joint Stipulation of Settlement and Release, as executed by Defendant Athens Foods, Inc. The prior version was executed by Plaintiff Wilfredo Gomez only.

Respectfully submitted,

/s/ *Andrew J. Wolf*
Steven E. Seasly (0070536)
sseasly@hahnlaw.com
Andrew J. Wolf (0091054)
awolf@hahnlaw.com
**HAHN LOESER AND PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
216.621.0150 – Telephone
216.241.2824 – Facsimile

*Attorneys for Defendant*
*Athens Foods, Inc.*

18223174

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, the foregoing *Supplement to Joint Motion for Approval of FLSA Collective Action Settlement* was served via the Court's electronic case filing system upon the following:

Hans A. Nilges, Esq.
7034 Braucher St. NW, Suite B
North Canton, OH 44720
hans@ohlaborlaw.com

*Attorney for Plaintiff*

*/s/ Andrew J. Wolf*
*One of the Attorneys for Defendant*
*Athens Foods, Inc.*